**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| INTERNATIONAL UNION OF | : | CIVIL ACTION |
| PAINTERS AND ALLIED TRADES | : | |
| DISTRICT COUNCIL NO. 21 | : | |
| WELFARE FUND, et al., | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| LEAKS CONSTRUCTION LLC, | : | No. 25-cv-2910 |
| *Defendant.* | : | |

## ORDER & SECOND AMENDED SCHEDULING ORDER

**AND NOW**, this **13th** day of **May 2026**, upon consideration of the Parties' Joint Motion for an Extension of Time to File Dispositive Motions (ECF No. 35), and the docket, it is hereby **ORDERED** that the Motion (ECF No. 35) is **GRANTED in part** and **DENIED in part**.

1.  The above-captioned case is hereby referred to Magistrate Judge Lynne A. Sitarski for the scheduling of a settlement conference.

2.  All fact discovery shall be completed by **April 6, 2026**.

3.  Motions for summary judgment, or any other dispositive motions, shall be filed by **June 17, 2026**. Any responses shall be filed by **July 8, 2026**. Motions must conform with Judge Kenney's Policies.[1]

4.  All trial exhibits shall be marked and exchanged on or before **July 29, 2026**.

5.  Motions in limine shall be due by **12:00 P.M. on August 12, 2026**. The responses to any motions in limine shall be filed and served within **seven (7) days** after service of the motion.

---

[1] https://www.paed.uscourts.gov/judges-info/district-court-judges/chad-f-kenney.

1. **All parties are to prepare and file with the Clerk of Court their Final Pretrial Memoranda, which must include proposed Points for Charge, proposed voir dire, and proposed Verdict Slip and the information required by Local Rule of Civil Procedure 16.1 on or before <u>August 26, 2026.</u> Counsel must also follow the Court's guidelines for Final Pretrial Memoranda (*see* Judge Kenney's Policies and Procedures for Counsel at § II.H).**

2. Within seven (7) days of before the Final Pretrial Conference parties are required to submit a joint Proposed Final Pretrial Order in accordance with the Local Civil Rule 16.1 and Judge Kenney's Policies and Procedures at § II.B.

3. A final pretrial conference will be held on **<u>September 8, 2026</u> at 10:00 A.M.** in Courtroom 11B.  At this final pretrial conference, counsel shall be prepared to address factual and legal issues, the admissibility of exhibits, scheduling issues, and settlement.

4. A date certain **non-jury[2] trial** will commence on **<u>September 14, 2026</u> at 9:00 A.M. in Courtroom 11B.**  On the morning of trial, counsel are to supply the Court with two joint exhibit binders unless counsel jointly agree and certify to the Court that all documents have been digitalized and they will be admitted and published in that format for view to the Court and witnesses.

> **BY THE COURT:**
>
> **/s/ Chad F. Kenney**
> _____
> **CHAD F. KENNEY, JUDGE**

---

[2] This Court requires parties to submit pretrial materials in non-jury trials, as well as jury trials, in order to assist the Court in determining its factual findings and legal conclusions at the end of trial and also to aid the parties in focusing on the material issues prior to and during trial.