**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 21 WELFARE FUND, *et al.,* | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Plaintiffs, | : | No. 2:25-cv-02910-CFK |
| v. | : | |
| | : | |
| | : | |
| LEAKS CONSTRUCTION LLC, | : | |
| | : | |
| Defendant. | : | |

## PLAINTIFFS EXHIBIT LIST

Plaintiffs, International Union of Painters and Allied Trades District Council 21 Welfare Fund, et al., submit the following exhibits in support of their Motion for Summary Judgment against Defendant, Leaks Construction, LLC:

Ex. 1: Collective Bargaining Agreement between IUPAT DC21 and Leaks Construction, LLC

Ex. 2: IUPAT District Council No. 21 Health and Welfare Fund Delinquency Policy

Ex. 3: IUPAT Pension Fund Delinquency Policy

Ex. 4: May 6, 2026, Audit of Pennsylvania Funds

Ex. 5: May 6, 2026, Audit of New Jersey Funds

Ex. 6: May 6, 2026, Audit of International Pension Fund

Ex. 7: IUPAT District Council No. 21 Health and Welfare Fund Trust Agreement

Ex. 8: Legal Fees Paid by Plaintiffs to Former Counsel, Maureen W. Marra

Ex. 9: Legal Fees Paid by Plaintiffs to Current Counsel, Spear Wilderman, P.C.

Ex. 10: Affidavit of Brian Smith, IUPAT DC21 Delinquency Controller

Ex. 11: Affidavit of Marta Cooper, Novak Francella Senior Payroll Compliance Review Manager

Ex. 12: Plaintiffs' Complaint, dated June 5, 2025

Ex. 13: Defendant's Answer to Plaintiffs' Complaint, dated September 5, 2025

Ex. 14: IRS Corporate Underpayment Rates by Quarter (2017–Present)